United States District Court
Southern District of Texas
**ENTERED**
January 05, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ROBERT FLEDDERMAN, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL NO. 2:17-CV-381 |
| | § | |
| CINEMARK USA, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

The Court has received Plaintiff's notice of voluntary dismissal (Dkt. No. 5), in which he represents that he voluntarily dismisses his action without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i). His notice was filed before Defendant served an answer or a motion for summary judgment. *See* FED. R. CIV. P. 41(a)(1)(A)(i). The Court therefore **VACATES** all settings and deadlines in the above-captioned case and **ORDERS** the Clerk of the Court to close the case.

SIGNED this 5th day of January, 2018.

_____
Hilda Tagle
Senior United States District Judge